UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| ROBERT LANDON WEBSTER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | No. 2:16-CV-002-JRG-MCLC |
| v. | ) | |
| | ) | |
| CARTER COUNTY SHERIFF'S DEPARTMENT, ELIZABETHTON POLICE DEPARTMENT, CARTER COUNTY JAIL, MIKE LITTLE, NICK ANDES, JON BULL, AND OFFICER HITCHCOCK, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM and ORDER

On January 11, 2016, the Court entered a deficiency order in this pro se prisoner's civil rights case, filed under 42 U.S.C. § 1983 [Doc. 4]. In the deficiency order, Plaintiff was notified that, unless within thirty (30) days of that date, he paid the full filing fee or submitted the proper documents to proceed *in forma pauperis*, the Court would dismiss his lawsuit for failure to prosecute and to comply with the orders of the court and would assess the filing fee. Plaintiff has not responded to this order or otherwise communicated with the Court.

Because of Plaintiff's failure to comply with the orders of the Court and failure to prosecute his case, this lawsuit will be **DISMISSED**. Fed. R. Civ. P. 41(b). The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. See Rule 24 of the Federal Rules of Appellate Procedure.

**An appropriate order will enter.**

**ENTER:**

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE